IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JACQUELINE L. MITCHELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. G-13-429 |
| | § | |
| CAROLYN W. COLVIN, Commissioner | § | |
| of the Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order entered on the same date herewith, this action is **REMANDED** to the Social Security Administration pursuant to 42 U.S.C. § 405(g).

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this ___13th___ day of October, 2015.

JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE